

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00116-CV

Minerva **RAMOS**,
Appellants

v.

Daniel **LOREDO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV00069
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED June 26, 2024.

_____
Rebeca C. Martinez, Chief Justice